IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SALVADOR ELISEO PINA,<br>a/k/a Salvador Eliseo Pena, | § § § | |
| Petitioner, | § § | |
| v. | § | 2:09-CV-00284 |
| | § | |
| WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT

Petitioner has filed with this Court a "Rule 60(b) Motion for Relief from Judgment." On July 16, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. On August 6, 2013, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the Rule 60(b) motion for relief from judgment is DENIED.

IT IS SO ORDERED.

ENTERED this 13th day of August 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE